IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS CO., LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 11-2684-KHV** |
| | ) | |
| COMCAST CABLE COMMUNICATIONS, LLC, et al., | ) ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS CO., LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 11-2685-RDR** |
| | ) | |
| CABLE ONE, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS CO., LP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Case No. 11-2686-JTM** |
| | ) | |
| TIME WARNER CABLE, INC., et al., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

These cases are before the court upon plaintiff's motions to consolidate cases. Plaintiff seeks to consolidate the above-mentioned cases[1] under a single District Judge and a single Magistrate Judge for

---

[1] In the motions, plaintiff seeks to consolidate these cases with Sprint Commc'ns Co. L.P. v. Cox Commc'ns, Inc., No. 11-2683-JAR. Following the filing of the motions for consolidation, Judge Robinson granted defendants' motion to transfer in that case. The case was transferred to the United States District Court for the District of Delaware on September 14, 2012. Accordingly, the court shall consider the motions to consolidate as they relate to the remaining cases.

discovery and claim construction purposes.  The defendants in these cases have no objection to plaintiff's request.  They do object to consolidation of these cases for trial, but plaintiff has made no such request at this time.

The court finds that consolidation of these cases for the purposes of all further pre-trial matters is appropriate.  The court further finds that these cases should be handled by one District Judge and one Magistrate Judge.  The court has conferred with Judge Lungstrum, and has determined that the consolidated cases shall be transferred to Judge Lungstrum for all further proceedings.  In making this transfer, the court and the parties are aware that Judge Lungstrum has previously handled the litigation of prior Sprint patent infringement cases.  The court will also transfer these cases to Magistrate Judge O'Hara who has agreed to handle the discovery matters that arise.

**IT IS THEREFORE ORDERED** that plaintiff's motions to consolidate cases (Doc. # 33 in No. 11-2684-KHV, Doc. # 22 in No. 11-2685-RDR, Doc. # 25 in No. 11-2686-JTM) be hereby granted in part.  The following cases shall be consolidated for all further pre-trial matters:  <u>Sprint Commc'ns Co. L.P. v. Comcast Cable Commc'ns, LLC</u>, No. 11-2684-KHV; <u>Sprint Commc'ns Co. L.P. v. Cable One, Inc.</u>, No. 11-2685-RDR; and <u>Sprint Commc'ns Co. L.P. v. Time Warner Cable Inc.</u>, No. 11-2686-JTM.

**IT IS FURTHER ORDERED** that these cases be transferred to Judge Lungstrum and Judge O'Hara for all further proceedings in these cases.

2

**IT IS SO ORDERED.**

Dated this 20th day of February, 2013 in the District of Kansas.

                                                s/Kathryn H. Vratil
                                                Chief Judge
                                                United States District Court

                                                s/Richard D. Rogers
                                                United States District Judge

                                                s/J. Thomas Marten
                                                United States District Judge