IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SPRINT COMMUNICATIONS CO., L.P., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 11-2686-JWL |
| TIME WARNER CABLE, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

## ORDER

The court convened a telephone status conference on November 14, 2014, to discuss reported problems between the parties in attempting to meet-and-confer over the issue of the representation of former-Sprint executive Craig Cowden by counsel for Time Warner Cable.[1] As discussed on the record, unless the parties can come to a quicker solution with fewer people involved, the court set a deadline of **4:00 p.m. on November 21, 2014**, for the parties to convene a conference call (with two full hours set aside), with all necessary decision makers on the line,[2] to meaningfully discuss, compare views, and if possible, reach

---

[1] On October 21, 2014, the court denied without prejudice Sprint's motion for a protective order placing restrictions on the representation of Mr. Cowden by Latham & Watkins, LLP (ECF doc. 452). The court directed the parties to meet-and-confer on the issue.

[2] Specifically, participants must include Sprint's counsel B. Trent Webb and in-house counsel Lee T. Lauridsen; Time Warner Cable's counsel Jake Ryan and in-house counsel Andy Block; Todd W. Ruskamp, the ethics advisor at the Shook, Hardy & Bacon law firm; and Everett (Kip) Johnson, the ethics advisor at the Latham & Watkins law firm. The court assumes, but is not requiring, the continued involvement of counsel Ryan Dykal and Stephanie Grace.

11-2686-Tel.Conf. of 11-14-14.wpd

agreement on the issue.

In the hopefully unlikely event that the parties do not reach a resolution on the issue of Mr. Cowden's representation, the court set the following deadlines to govern a renewed motion for a protective order by Sprint:

- **November 24, 2014**: Sprint's renewed motion and brief in support, limited to five pages.

- **November 26, 2014**: Time Warner Cable's response in opposition, limited to five pages.

- **December 1, 2014, at 12:00 p.m.**: Sprint's reply brief, if any, limited to two pages.

The court will endeavor to rule any renewed motion expeditiously.

IT IS SO ORDERED.

Dated November 14, 2014, at Kansas City, Kansas.

                                      s/ James P. O'Hara
                                      James P. O'Hara
                                      U.S. Magistrate Judge