IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SPRINT COMMUNICATIONS )
COMPANY L.P., )
                          )
               Plaintiff, )
                          )
v. )    Case No. 11-2686-JWL
                          )
TIME WARNER CABLE, INC., et al., )
                          )
               Defendants. )
                          )

## VERDICT FORM

We, the jury, impaneled and sworn in the above-entitled case, upon our oaths, do make the following answers to the questions propounded by the Court:

*Please answer each of the subparts of Questions 1 through 19.*

1.    <u>Claim 1 of the '084 Patent</u>

   a.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system literally infringed Claim 1 of the '084 Patent?

           Yes _____                      No ✓

   b.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 1 of the '084 Patent under the doctrine of equivalents?

           Yes ✓                        No _____

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '084 Patent is invalid because it does not satisfy the written description requirement?

           Yes _____                No ✓

    d.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '084 Patent is invalid as anticipated?

           Yes _____                No ✓

    e.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '084 Patent is invalid as obvious?

           Yes _____                No ✓

2.    <u>Claim 7 of the '084 Patent (dependent claim to independent Claim 1)</u>

    a.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 7 of the '084 Patent?

           Yes ✓                No _____

    b.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 7 of the '084 Patent is invalid because it does not satisfy the written description requirement?

           Yes _____                No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 7 of the '084 Patent is invalid as anticipated?

           Yes _____                No ✓

    d.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 7 of the '084 Patent is invalid as obvious?

           Yes _____                No ✓

3. Claim 1 of the '561 Patent

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 1 of the '561 Patent?

   Yes ✓            No ___

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '561 Patent is invalid because it does not satisfy the written description requirement?

   Yes ___            No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '561 Patent is invalid as anticipated?

   Yes ___            No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '561 Patent is invalid as obvious?

   Yes ___            No ✓

4. Claim 3 of the '561 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 3 of the '561 Patent?

   Yes ✓            No ___

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '561 Patent is invalid because it does not satisfy the written description requirement?

   Yes ___            No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '561 Patent is invalid as obvious?

        Yes _____                          No ✓

5.    <u>Claim 15 of the '561 Patent (dependent claim to independent Claim 1)</u>

    a.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 15 of the '561 Patent?

        Yes ✓                          No _____

    b.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 15 of the '561 Patent is invalid because it does not satisfy the written description requirement?

        Yes _____                           No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 15 of the '561 Patent is invalid as anticipated?

        Yes _____                           No ✓

    d.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 15 of the '561 Patent is invalid as obvious?

        Yes _____                           No ✓

6. <u>Claim 23 of the '561 Patent (dependent claim to independent Claim 1)</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 23 of the '561 Patent?

   Yes ✓           No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 23 of the '561 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____        No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 23 of the '561 Patent is invalid as anticipated?

   Yes ____        No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 23 of the '561 Patent is invalid as obvious?

   Yes ____        No ✓

7. <u>Claim 24 of the '561 Patent</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 24 of the '561 Patent?

   Yes ✓           No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 24 of the '561 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____        No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 24 of the '561 Patent is invalid as anticipated?

          Yes \_\_\_\_\_          No ✓

    d.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 24 of the '561 Patent is invalid as obvious?

          Yes \_\_\_\_\_          No ✓

8.    <u>Claim 26 of the '561 Patent (dependent claim to independent Claim 24)</u>

    a.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 26 of the '561 Patent?

          Yes ✓          No \_\_\_\_\_

    b.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 26 of the '561 Patent is invalid because it does not satisfy the written description requirement?

          Yes \_\_\_\_\_          No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 26 of the '561 Patent is invalid as obvious?

          Yes \_\_\_\_\_          No ✓

9. <u>Claim 38 of the '561 Patent (dependent claim to independent Claim 24)</u>

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 38 of the '561 Patent?

      Yes ✓         No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 38 of the '561 Patent is invalid because it does not satisfy the written description requirement?

      Yes ____      No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 38 of the '561 Patent is invalid as anticipated?

      Yes ____      No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 38 of the '561 Patent is invalid as obvious?

      Yes ____      No ✓

10. <u>Claim 1 of the '052 Patent</u>

    a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 1 of the '052 Patent?

       Yes ✓        No ____

    b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '052 Patent is invalid because it does not satisfy the written description requirement?

       Yes ____     No ✓

      c.     Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '052 Patent is invalid as anticipated?

            Yes \_\_\_\_\_               No ✓

      d.     Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '052 Patent is invalid as obvious?

            Yes \_\_\_\_\_               No ✓

11.    <u>Claim 3 of the '052 Patent (dependent claim to independent Claim 1)</u>

      a.     Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 3 of the '052 Patent?

            Yes ✓               No \_\_\_\_\_

      b.     Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '052 Patent is invalid because it does not satisfy the written description requirement?

            Yes \_\_\_\_\_               No ✓

      c.     Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '052 Patent is invalid as anticipated?

            Yes \_\_\_\_\_               No ✓

      d.     Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '052 Patent is invalid as obvious?

            Yes \_\_\_\_\_               No ✓

12. Claim 4 of the '052 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 4 of the '052 Patent?

   Yes ✓        No ___

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 4 of the '052 Patent is invalid because it does not satisfy the written description requirement?

   Yes ___        No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 4 of the '052 Patent is invalid as anticipated?

   Yes ___        No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 4 of the '052 Patent is invalid as obvious?

   Yes ___        No ✓

13. Claim 5 of the '052 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 5 of the '052 Patent?

   Yes ✓        No ___

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 5 of the '052 Patent is invalid because it does not satisfy the written description requirement?

   Yes ___        No ✓

  c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 5 of the '052 Patent is invalid as obvious?

    Yes \_\_\_\_\_    No ✓

14. <u>Claim 1 of the '429 Patent</u>

  a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system literally infringed Claim 1 of the '429 Patent?

    Yes \_\_\_\_\_    No ✓

  b. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 1 of the '429 Patent under the doctrine of equivalents?

    Yes ✓    No \_\_\_\_\_

  c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '429 Patent is invalid because it does not satisfy the written description requirement?

    Yes \_\_\_\_\_    No ✓

  d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '429 Patent is invalid as anticipated?

    Yes \_\_\_\_\_    No ✓

  e. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '429 Patent is invalid as obvious?

    Yes \_\_\_\_\_    No ✓

15. Claim 5 of the '429 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 5 of the '429 Patent?

   Yes ✓          No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 5 of the '429 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____       No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 5 of the '429 Patent is invalid as anticipated?

   Yes ____       No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 5 of the '429 Patent is invalid as obvious?

   Yes ____       No ✓

16. Claim 7 of the '429 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 7 of the '429 Patent?

   Yes ✓          No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 7 of the '429 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____       No ✓

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 7 of the '429 Patent is invalid as obvious?

           Yes \_\_\_\_\_           No ✓

17.    <u>Claim 1 of the '064 Patent</u>

    a.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system literally infringed Claim 1 of the '064 Patent?

           Yes \_\_\_\_\_           No ✓

    b.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 1 of the '064 Patent under the doctrine of equivalents?

           Yes ✓           No \_\_\_\_\_

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '064 Patent is invalid because it does not satisfy the written description requirement?

           Yes \_\_\_\_\_           No ✓

    d.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '064 Patent is invalid as anticipated?

           Yes \_\_\_\_\_           No ✓

    e.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 1 of the '064 Patent is invalid as obvious?

           Yes \_\_\_\_\_           No ✓

18. Claim 3 of the '064 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 3 of the '064 Patent?

   Yes ✓    No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '064 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____    No ✓

   c. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '064 Patent is invalid as anticipated?

   Yes ____    No ✓

   d. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 3 of the '064 Patent is invalid as obvious?

   Yes ____    No ✓

19. Claim 26 of the '064 Patent (dependent claim to independent Claim 1)

   a. Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's accused system infringed Claim 26 of the '064 Patent?

   Yes ✓    No ____

   b. Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 26 of the '064 Patent is invalid because it does not satisfy the written description requirement?

   Yes ____    No ✓

13

    c.    Do you find that Time Warner Cable has proved, by clear and convincing evidence, that Claim 26 of the '064 Patent is invalid as obvious?

        Yes \_\_\_\_\_        No  ✓ 

*If, with respect to any patent claim addressed in Questions 1 through 19 above, you found that Time Warner Cable did infringe (either literally or under the doctrine of equivalents) AND that the claim is not invalid (under any theory of invalidity), please answer Questions 20, 21, and 22; if not, please sign and date the form below, and your deliberations are complete.*

20.    Do you find that Sprint proved, by a preponderance of the evidence, that the appropriate date of the hypothetical royalty negotiation between the parties is 2010?

        Yes ✓        No \_\_\_\_\_

21.    State the amount of damages that Sprint proved by a preponderance of the evidence, representing a reasonable royalty for Time Warner's infringement of the asserted patent claims.

        $ _139.8 million_

22.    Do you find that Sprint has proved, by a preponderance of the evidence, that Time Warner Cable's infringement was willful?

        Yes ✓        No \_\_\_\_\_

*Your deliberations are complete. Please have the foreperson sign and date this verdict form and notify the Court that you have reached a verdict.*

3-3-17
Date                Foreperson