IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **SPRINT COMMUNICATIONS COMPANY, LP,** | ) ) ) | |
| **Plaintiff,** | ) ) | CIVIL ACTION |
| v. | ) ) | No. 11-2686-JWL |
| **TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, TWC COMMUNICATIONS, LLC, and TIME WARNER CABLE INFORMATION SERVICES (Kansas), LLC** | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| **Defendant.** | ) | |

## **JUDGMENT**

Pursuant to the Court's Memorandum and Order of December 5, 2016; the Court's Memorandum and Order of March 14, 2017; the Court's orders of January 6, 2017, and February 10, 2017; and the jury's verdict returned on March 3, 2017, judgment is entered in favor of plaintiff Sprint Communications Company, LP against defendants Time Warner Cable, Inc., Time Warner Cable, LLC, Time Warner Entertainment Company, L.P., Time Warner Entertainment-Advance/Newhouse Partnership, TWC Communications, LLC, and Time Warner Cable Information Services (Kansas), LLC on plaintiff's claims for

infringement of certain asserted claims of U.S. Patent Nos. 6,343,084; 6,633,561; 6,463,052; 6,473,429; and 6,298,064, in the amount of $139,800,000.00, plus post judgment interest at the rate of 1.06% per annum, along with costs.  Plaintiff takes nothing by any other claim.

**IT IS SO ORDERED.**

**Dated this 14th day of March, 2017, in Kansas City, Kansas.**


**s/ Sharon Scheurer**
**By Deputy Clerk**
**TIMOTHY M. O'BRIEN**
**Clerk of the District Court**


**Form approved this 14th day of March, 2017, in Kansas City, Kansas.**


**s/ John W. Lungstrum**
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT  JUDGE**