IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| SPRINT COMMUNICATIONS COMPANY, LP, | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION |
| v. | ) ) | No. 11-2686-JWL |
| TIME WARNER CABLE, INC., TIME WARNER CABLE LLC, TIME WARNER ENTERTAINMENT COMPANY, L.P., TIME WARNER ENTERTAINMENT-ADVANCE/NEWHOUSE PARTNERSHIP, TWC COMMUNICATIONS, LLC, and TIME WARNER CABLE INFORMATION SERVICES (Kansas), LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## AMENDED JUDGMENT *NUNC PRO TUNC*

Pursuant to the Court's Memorandum and Order of December 5, 2016; the Court's Memorandum and Order of March 14, 2017; the Court's orders of January 6, 2017, and February 10, 2017; the jury's verdict returned on March 3, 2017; and the Court's Memorandum and Order of May 30, 2017, judgment is entered in favor of plaintiff Sprint Communications Company, LP against defendants Time Warner Cable, Inc., Time Warner Cable, LLC, Time Warner Entertainment Company, L.P., Time Warner Entertainment-Advance/Newhouse Partnership, TWC Communications, LLC, and Time Warner Cable

Information Services (Kansas), LLC on plaintiff's claims for infringement of certain asserted claims of U.S. Patent Nos. 6,343,084; 6,633,561; 6,463,052; 6,473,429; and 6,298,064, as of March 14, 2017, in the total amount of $145,983,548.00 (representing the jury award of $139,800,000.00 plus prejudgment interest in the amount of $6,183,548.00), plus post judgment interest after that date at the rate of 1.06% per annum, along with costs. Plaintiff takes nothing by any other claim.

**IT IS SO ORDERED.**

**Dated this 30th day of May, 2017, in Kansas City, Kansas.**

  s/ Sharon Scheurer
  **By Deputy Clerk**
  **TIMOTHY M. O'BRIEN**
  **Clerk of the District Court**

**Form approved this  30th day of May, 2017, in Kansas City, Kansas.**

  s/ John W. Lungstrum
  **JOHN W. LUNGSTRUM**
  **UNITED STATES DISTRICT  JUDGE**